OSCN Found Document:IN THE MATTER OF THE STRIKING OF NAMES OF OBA MEMBERS FOR NONCOMPLIANCE WITH MANDATORY CLE

 

 
 IN THE MATTER OF THE STRIKING OF NAMES OF OBA MEMBERS FOR NONCOMPLIANCE WITH MANDATORY CLE2026 OK 46Case Number: SCBD-7905Decided: 06/09/2026SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2026 OK 46, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

IN THE MATTER OF THE STRIKING OF NAMES OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION FOR NONCOMPLIANCE WITH MANDATORY CONTINUING LEGAL EDUCATION REQUIREMENTS FOR THE YEAR 2024
 

ORDER STRIKING NAMES
 

The Board of Governors of the Oklahoma Bar Association filed an Application for Order Striking Names of attorneys from the Oklahoma Bar Association's membership rolls and from the practice of law in the State of Oklahoma for failure to comply with the Rules for Mandatory Continuing Legal Education, 5 O.S. 2011, ch. 1, app. 1-B, for the year 2024.

Pursuant to Rule 6(d) of the Rules for Mandatory Continuing Legal Education, the Oklahoma Bar Association's members named on Exhibit A, attached hereto, were suspended from membership in the Association and the practice of law in the State of Oklahoma by Order of this Court on June 2, 2025, for noncompliance with Rules 3 and 5 of the Rules for Mandatory Continuing Legal Education for the year 2024. Based on its application, this Court finds that the Board of Governors determined at their May 15, 2026, meeting that none of the Oklahoma Bar Association's members named on Exhibit A, attached hereto, have applied for reinstatement within one year of the suspension order. Further, the Board of Governors declared that the members named on Exhibit A, attached hereto, shall cease to be members of the Oklahoma Bar Association and their names should therefore be stricken from its membership rolls and the Roll of Attorneys on June 2, 2026. This Court finds that the actions of the Board of Governors of the Oklahoma Bar Association are in compliance with the Rules.

IT IS THEREFORE ORDERED that the attorneys named on Exhibit A, attached hereto, are hereby stricken from the Roll of Attorneys on June 2, 2026, for failure to comply with the Rules for Mandatory Continuing Legal Education for the year 2024.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THE 8TH DAY OF JUNE, 2026.
 

                                                                                                        /s/_____________________________________
                                                                                                           CHIEF JUSTICE

ALL JUSTICES CONCUR

Exhibit "A"

Strikes for Noncompliance with MCLE Requirements for the Year 2024

OBA # 20603                                                                                        OBA # 35306
Robert Wayne Adcox                                                                           Ashley Marie Nichols
PO Box 638                                                                                          8365 WINDWAY DR
Broken Arrow, OK 74013-0638                                                            Windcrest, TX 78239

OBA # 30847                                                                                        OBA # 7055
Tyler Robert Christians                                                                         Kenneth Daryl Perry
111 Park PL, Suite 2C                                                                          PO Box 218
Falls Church, VA 22046                                                                       Indiahoma, OK 73552-0218

OBA # 13499                                                                                       OBA # 32964
Scott Francis Doering                                                                          Sarah Grace Trainer
1817 Sweetwater Court                                                                       1780 Hughes Landing Blvd Ste 750
Lawrence, KS 66047                                                                           The Woodlands, TX 77380-4089

OBA # 11295                                                                                       OBA # 35388
Leslie A. Ellis Kissinger                                                                       Haley Alexis Vargas
1405 College Park Rd                                                                         4420 Southridge Dr
Claremore, OK 74017-2018                                                                Rowlett, TX 75088

OBA # 22465
Robert Murl Messerli
1610 S Tecumseh St
Tulsa, OK 74127